IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                           NO.  4:06CR00393-001  SWW

JONATHAN LEE BERRY

**ORDER**

The above entitled cause came on for hearing June 16, 2011 on the government's motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. The Court finds that the government's motion should be dismissed without prejudice. However, the Court has determined that defendant's conditions of supervised release should be modified.

IT IS THEREFORE ORDERED that defendant's term of supervised release shall be modified to include the following special conditions:

**1. Defendant shall serve a period of SIX (6) MONTHS of in a residential reentry center under the guidance and direction of the U. S. Probation Office. Defendant shall be released from custody forthwith to reside with his grandmother in Stuttgart, Arkansas pending placement in a residential facility.**

**2. Defendant shall participate, under the guidance and supervision of the U. S. Probation Officer, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment. Further, defendant shall abstain from the use of alcohol throughout the course of any treatment.**

**3. Defendant shall maintain or be actively seeking employment.**

All other conditions of defendant's supervised release previously imposed shall continue and remain in full force and effect until the expiration of his term of supervised release.

IT IS FURTHER ORDERED that the government's petition to revoke defendant's supervised release [doc #34] is **dismissed** without prejudice.

IT IS SO ORDERED this 17th day of June 2011.

/s/Susan Webber Wright

United States District Judge